MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PEREA v. IMPERIAL COUNTY                                    Case No. 10cv1565 RBB
**Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                         Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

PROCEEDINGS:   ____ In Chambers     ____ In Court     ____ Telephonic

The Court finds that additional briefing regarding Petitioner's custody status is necessary. Therefore, the parties are to file briefs, not to exceed two pages, no later than March 13, 2012. The briefs should address the basis for Petitioner's current custody and how his custody relates to the underlying 2008 conviction for which he seeks federal habeas relief.

DATE: March 8, 2012        IT IS SO ORDERED:    /s/ Ruben Brooks
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: All Parties of Record                        INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\HABEAS\PEREA1565\Minutes03.wpd